[No. 8685-5-I. Division One. June 15, 1981.]

KENNETH E. KASTLER, ET AL, *Appellants,* v. GERALD
S. JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-2-01897-0, Dennis J. Britt, J.,
entered March 11, 1980. *Reversed* and *remanded* by
unpublished opinion per Corbett, J., concurred in by

Williams and Durham, JJ.